# Third District Court of Appeal

## State of Florida

Opinion filed September 1, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-391
Lower Tribunal Nos. 20-81 AP, 17-6696 CC

————————

**Robert T. Suleski,**
Appellant,

vs.

**Lawrence F. Kaine,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Holly Sheppard (Fort Lauderdale), for appellant.

Lawrence F. Kaine, for appellee.

Before EMAS, LOGUE, and HENDON, JJ.

PER CURIAM.

Affirmed.